UNITED STATES BANKRUPTCY COURT
For the Eastern District of Michigan

In re:

Paul Dost,  
d/b/a Paul Dost Farms,  
9987 Overton St.  
Reese, MI 48757,

Case # 13-22622

Chapter 12

Hon. Daniel S. Opperman

xxx-xx-1040,

_____ Debtor _____/

## PRE-CONFIRMATION PLAN AMENDMENT

NOW COMES the Debtor pursuant to 11 U. S. C. Section 1223 with a modification to the plan of reorganization, as follows:

### INTRODUCTION

The Debtor's chapter 12 plan, filed on January 22, 2014 (Doc 46) inadvertently omitted the claim of Dennis Ackerman.

On September 30, 2013, the Debtor borrowed $100,000.00 from Dennis Ackerman, signing a promissory note and mortgage. Ten days later, the Debtor was forced to file the chapter 12 petition to stop the Northstar foreclosure when negotiations faltered.

When the omission of this claim in the schedules and the plan came to light, the Debtor amended Schedule D to include the claim (Doc 62-1), and hereby amends the plan.

### PLAN AMENDMENT

The claim of Dennis Ackerman shall be repaid in full plus interest at the contract rate of 5%. Creditor shall retain all liens. Payments on the claim are current. The Debtor shall

make all future payments on the claim, with the first payment of $10,000.00 due November 10, 2014, plus interest; and with annual principal payments of $10,000.00, plus interest, due November 15, 2015, and each November 15, thereafter until paid in full.

Dated: February 28, 2014 /s/ Paul Dost
Paul Dost

Dated: February 28, 2014 /s/ Daniel L. Kraft
Daniel L. Kraft (P37382)
The Kraft Law Firm, PLLC
320 West Ottawa Street
Lansing, MI 48933
Tele: (517) 485-8885
E-mail: kraftd3@sbcglobal.net